AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

**APPEARANCE**

Case Number: 07MJ2273

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JESUS MENDOZA-PEREZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/24/2007 | s/ MICHELLE BETANCOURT |
| Date | Signature |
| | Michelle Betancourt / Federal Defenders of S    215035 |
| | Print Name                      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City      State      Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number             Fax Number |