UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR2896-JAH |
| Plaintiff, ) | |
| v. ) | |
| JESUS MENDOZA-PEREZ, ) | **ORDER RELEASING** |
| Defendant. ) | **PROPERTY** |

Pursuant to the oral motion made during the December 3, 2007 hearing, and good cause having been shown, **IT IS HEREBY ORDERED**, that the U.S. Border Patrol, Asset Forfeiture Office shall release $1213.00 U.S. dollars, property seized from the defendant, Jesus Mendoza-Perez, A# 78536931. The property shall be returned to Mr. Jesus Mendoza Perez or a designated third party forthwith.

DATED: December 6, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge

07CR2896-JAH